BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
OCEAN EAGLE MARITIME LTD.
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

OCEAN EAGLE MARITIME LTD.,

          Plaintiff,

-against-

STRATEGIC BULK CARRIERS, INC.,

          Defendant.
-------------------------------------------------------X

08 Civ. 5029 (HB)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, OCEAN EAGLE MARITIME LTD., hereby dismisses this action without prejudice and without costs to either party.

Dated: New York, New York
       June 16, 2008

                                   BROWN GAVALAS & FROMM LLP
                                   Attorneys for Plaintiff
                                   OCEAN EAGLE MARITIME LTD.

                                   By: _____
                                   Robert J. Brown (RB-9131)
                                   Peter Skoufalos (PS-0105)
                                   355 Lexington Avenue
                                   New York, New York 10017
                                   (212) 983-8500 – phone
                                   (212) 983-5946 – fax

**SO ORDERED:**

_____
        U.S.D.J.